UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DAWN PENNING, | ) | |
|     PLAINTIFF | ) | CIVIL ACTION NO.: |
| | ) | |
| VS. | ) | 4:11-cv-2194 |
| | ) | |
| DENOVUS CORPORATION, LTD. | ) | |
|     DEFENDANT | ) | |

### NOTICE OF VOLUNTARY DISMISSAL

All parties hereby stipulate to dismiss this case with prejudice and without costs, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(2).

**HEALEY LAW, LLC**

/s/ Robert T. Healey
ROBERT T. HEALEY     EDMO #34138MO
640 Cepi Drive, Suite A
Chesterfield, MO  63005
Telephone:    (636) 536-5175
Fax:             (636) 590-2882
Email:          bob@healeylawllc.com
Co-counsel for Plaintiff